UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH HIPPS Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIGLARI HOLDINGS, INC.,<br>SARDAR BIGLARI,<br>PHILIP L. COOLEY,<br>KENNETH R. COOPER,<br>JAMES P. MASTRIAN,<br>RUTH J. PERSON,<br>NBHSA INC.,<br>BH MERGER COMPANY, )<br>)<br>Defendants. ) | No. 1:18-cv-00349-TWP-TAB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Remand (dkt. 57). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. On April 12, 2018, parties filed a Consent to Remand and Withdrawal of Pending Motions (dkt. 65). The Court, having considered the Magistrate Judge's Report and Recommendation and the parties' consent, hereby adopts the Magistrate Judge's Report and Recommendation. All pending motions in this matter are **DENIED** as **MOOT**, and this case is remanded to Hamilton County Superior Court 1.

Date: 4/13/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

NBHSA INC.
c/o Corporation Service Company, Registered Agent
135 N. Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

BH MERGER COMPANY
c/o Corporation Service Company, Registered Agent
135 N. Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

J. Daniel Albert
KESSLER TOPAZ MELTER & CHECK, LLP
dalbert@ktmc.com

William J. Barkimer
KRIEG DEVAULT LLP
wbarkimer@kdlegal.com

Michael E. Bern
LATHAM & WATKINS LLP
michael.bern@lw.com

Brad A. Catlin
PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
bcatlin@price-law.com

Christopher J. Clark
LATHAM & WATKINS LLP
chris.clark@lw.com

Jeremy Friedman
FRIEDMAN OSTER & TEJTEL PLLC
jfriedman@fotpllc.com

Scott Stuart Morrisson
KRIEG DEVAULT LLP
smorrisson@kdlegal.com

Spencer Oster
FRIEDMAN OSTER & TEJTEL PLLC
soster@fotpllc.com

Justin O. Reliford
KESSLER TOPAZ MELTER & CHECK, LLP
jreliford@ktmc.com

David F.E. Tejtel
FRIEDMAN OSTER & TEJTEL PLLC
dtejtel@fotpllc.com

Christopher M. Windover
KESSLER TOPAZ MELTER & CHECK, LLP
cwindover@ktmc.com

J. Christian Word
LATHAM & WATKINS, LLP
christian.word@lw.com

Eric L. Zagar
SCHIFFRIN & BARROWAY, LLP
ezagar@ktmc.com

Hamilton County Clerk's Office
1 Hamilton County Square
Suite 106
Noblesville, IN 46060